UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES BOZZO,

    Plaintiff,

v.

    Case No. 1:23-cv-1316

    HON. JANE M. BECKERING

JENNIFER NANASY, et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Plaintiff's Amended Complaint (ECF No. 4) is DISMISSED without prejudice under Federal Rule of Civil Procedure 41(b).

This case is closed.

Dated: May 8, 2024

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge